UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2022
```

-----------------------------------------------------------------X
    :
YELITZA PICON, *on behalf of herself and all other*   :
*persons similarly situated*,     :
    :
        Plaintiffs,    :      22-cv-03777 (LJL)
    :
   -v-        :      ORDER
    :
MAURICE BADLER FINE JEWELRY, LTD.,   :
    :
        Defendant.    :
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The parties may reopen the case, provided the application to restore the action to the Court's calendar is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

    SO ORDERED.

Dated: September 15, 2022
    New York, New York                  _____
                                   LEWIS J. LIMAN
                           United States District Judge